IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHERRY L. PITRONE**, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 10-623 |
| | ) Judge Arthur J. Schwab |
| **MICHAEL J. ASTRUE**, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

### ORDER OF COURT

AND NOW, this 12th day of October, 2010, for the reasons set forth in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED that as follows:

1. Plaintiff's motion for summary judgment (Doc. No. 6) is DENIED.

2. Defendant's motion for summary judgment (Doc. No. 8) is GRANTED.

3. The decision of the Commissioner is affirmed.

4. The Clerk of Court shall mark this case closed.

*s/ Arthur J. Schwab*
Arthur J. Schwab
United States District Judge

Dated: October 12, 2010
cc/ecf: All counsel of record.